UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV20-10727 JFW(PVCx)**                                      Date: July 20, 2021

Title:      Santa Fe Properties, LP.  -v-  Source Biosience, Inc.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                           None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's Scheduling and Case Management Order ("CMO"), the Court set July 12, 2021 as the last day to conduct a Settlement Conference, and July 16, 2021 as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on the Joint Report Re: Results of Mediation, filed on July 16, 2021 (Docket No. 31), it appears that Plaintiff has violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of July 12, 2021.

Accordingly, Plaintiff is ordered to show cause in writing by **July 21, 2021** why the Court should not dismiss this action for violating the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_